# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| SECRET LOPEZ<br><br>PLAINTIFF(S)<br><br>v.<br><br>COUNTY OF LOS ANGELES<br><br>DEFENDANT(S). | 2:21–cv–08781<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

___11/8/2021___      ____      ____

Date Filed        Doc. No.       Title of Doc.

**ERROR(S) WITH DOCUMENT:**

You have attempted to open this case electronically but have failed to upload successfully the required PDF version of any initiating document, such as a complaint or notice of removal. You must file an initiating document within two business days of this notice or the docket for this case number will be closed.

*Other Error(s):*

Clerk, U.S. District Court

Dated: November 12, 2021         By:  /s/ *Jeannine Tillman  jeannine_tillman@cacd.uscourts.gov*
                                              Deputy Clerk